# Court of Appeals
# of the State of Georgia

ATLANTA, March 27, 2013

*The Court of Appeals hereby passes the following order*

**A13D0271. WILLIE WRIGHT JR., v. JAMIE SMITH, et al .**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

12CV46236



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 27, 2013.*

    *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*